# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cory Allen McKay, | Case No. 25-CV-01692 (JMB/DJF) |
| Petitioner, | |
| v. | ORDER |
| Clay County Correction Facility, | |
| Respondent. | |

Cory Allen McKay, self represented.

Thomas R. Ragatz, Minnesota Attorney General's Office, St. Paul, MN, for Respondent Clay County Correction Facility.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster, dated May 12, 2025. (Doc. No. 3.) The R&R recommends that Petitioner Cory Allen McKay's petition for a writ of habeas corpus be dismissed as moot. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. See D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 3) is ADOPTED.

2. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 2, 2025                                                     /s/ *Jeffrey M. Bryan*
                                                                        Judge Jeffrey M. Bryan
                                                                        United States District Court